UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:10-MJ-1278-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| **vs.** | ) | |
| | ) | |
| **Montrel D. Davis** | ) | |

      On November 2, 2010, Montrel D. Davis appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Careless and Reckless Driving, in violation of 18 U.S.C. § 13-7220, was sentenced to a 12-month term of probation.

      From evidence presented at the revocation hearing on November 29, 2011, the court finds as a fact that Montrel D. Davis, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. The offender has absconded from supervision.
2. Failure to notify the probation officer ten days prior to any change in residence.
3. Failure to pay a monetary obligation.
4. Failure to submit truthful and complete written reports within the first five days of each month.

      **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of time served.

      **IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

      **IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

      This the 29th day of November, 2011.

_/s/ James E. Gates_
James E. Gates
United States Magistrate Judge